# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| United States of America | ) | |
| v. | ) | Case No. 3:14-00090 (6) |
| Jasmond Foster | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing is scheduled as follows:

| Place: U.S. District Court 801 Broadway Nashville, TN 37203 | Courtroom No.: 649 before Magistrate Judge Knowles |
| --- | --- |
| | Date and Time: July 29, 2014 at 1:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 23, 2014

*Judge's signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*