UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00090 |
| | ) | JUDGE CAMPBELL |
| JASMOND FOSTER | ) | |

ORDER

Pending before the Court is Defendant Jasmond Foster's Motion to Remove Ineffective Counsel (Docket No. 330). The Court will hold a hearing on the Motion on September 18, 2014, at 2:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE