UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:14-00090 |
| | ) | JUDGE CAMPBELL |
| JASMOND FOSTER | ) | |

ORDER

Pending before the Court is a Motion for Change of Plea Hearing (Docket No. 804). The Motion is GRANTED.

The Court will hold a change of plea hearing for Defendant Jasmond Foster on November 9, 2015, at 10:30 a.m. Any proposed plea agreement shall be submitted to the Court by November 6, 2015.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE